IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.  15-36   Erie |
| v. | |
| ELIZABETH McMAHAN | |

### REQUEST FOR SUMMONS

To:  Clerk of Court
     United States District Court
     Western District of Pennsylvania

Please issue a Summons instead of an Arrest Warrant for defendant Elizabeth McMahan, in accordance with Rule 9 of the Federal Rules of Criminal Procedure.

It is suggested that defendant Elizabeth McMahan, be summoned to appear before the Court for arraignment, to post bond and file an appearance of counsel.

It is further suggested that bond be set at $10,000 unsecured.

Offense charged in the Indictment is: wire fraud, 18 U.S.C. § 1343, Counts One through Twenty-Five.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By: _____
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013

Dated:  November   , 2015