AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLV.

| | |
|---|---|
| United States of America<br>v.<br>**ELIZABETH MCMAHAN**<br><br>*Defendant* | )<br>)<br>)<br>)  Case No.   CRM 15-36 ERIE<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: UNITED STATES COURTHOUSE<br>17 SOUTH PARK ROW<br>ERIE, PA 16501 | Courtroom No.: B |
|---|---|
| | Date and Time: November 16 at 11:30AM |

This offense is briefly described as follows:
COUNTS 1-25   18 U.S.C. 1343 - WIRE FRAUD


Date:   11/10/2015

*Issuing officer's signature*

Susan D. Parmeter, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons      ☐ Returned this summons unexecuted


Date: _____

*Server's signature*

*Printed name and title*