**RECORD OF MAGISTRATE'S PROCEEDINGS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # |
| vs | DATE OF COMPLAINT |
| ELIZABETH McMAHAN | CRIMINAL DOCKET NUMBER: 1:15-cr-36 |
|  | DATE OF INDICTMENT: 11/10/2015 |
|  | STATUTE: 18:1343 |

DATE ARRESTED:

**INITIAL APPEARANCE**

| Before Magistrate | | |  |  |
|---|---|---|---|---|
| [ ] LENIHAN | [ ] EDDY | Date: 11/16/2015 | Casette Tape # |
| [ ] MITCHELL | [X] BAXTER | Time: 11:30 a.m. | Tape Index: |
| [ ] KELLY | [ ] PESTO | Reporter: Ron Bench | |

U. S. ATTORNEY   Christian A. Trabold, Esq.

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   - [ ] Read  [ ] Summarized  [X] Reading waived
   - [X] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [ ] Read  [ ] Summarized  [X] Reading waived

4. COUNSEL
   - [ ] Defendant requested appointment    [ ] Defendant waived appointment
   - [X] Defendant represented by:   Thomas Livingston, Esq.
   - [ ] Defendant expects to retain:
   - [ ] Affidavit executed.
   - [ ] Not Qualified   [ ] Qualified   [ ] with possible requirement for partial or full payment
   - [X] Federal Public Defender appointed
   - [ ] CJA Panel Attorney _____ appointed

5. BAIL
   - Recommended Bond:
   - Bond Set at: *10,000.00 OR*
   - [ ] By Consent       Additional Conditions Imposed: *Standard Conditions.*
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [ ] Temporary Commitment issued    [ ] Final Commitment issued
   - Bond Review Hearing Set For:
   - Detention Hearing Set For:

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

   Arraignment set for:   11/16/15   Before Magistrate Judge   Baxter

ADDITIONAL COMMENTS: