IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CR. NO.  1:15-cr-36 |
| ) | |
| ELIZABETH McMAHAN ) | |

MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

1. DATE OF ARRAIGNMENT:   11/16/2015

2. DEFENDANT IS:          __X__ ON BOND
                          _____ INCARCERATED

3. DEFENDANT ENTERED A PLEA OF NOT GUILTY ✓

4. THE PARTIES WERE ADVISED ALL PRE-TRIAL MOTIONS MUST BE FILED WITHIN FOURTEEN (14) DAYS. ✓

5. A RULE 16 CONFERENCE:    __✓__ HAS BEEN HELD
                            _____ HAS NOT BEEN HELD

6. DISCOVERY IS:            _____ COMPLETED
                            __✓__ NOT COMPLETED

7. DEFENDANT HAS REQUESTED TO BE TRIED BY:   __✓__ JURY
                                             _____ NON-JURY

8. ALL PARTIES HAS BEEN ADVISED THAT THE MATTER:

   _____ HAS BEEN SCHEDULED FOR TRIAL _____
   _____ BEFORE U.S. DISTRICT JUDGE DAVID S. CERCONE
   __✓__ HAS NOT BEEN SCHEDULED FOR TRIAL

9. ESTIMATED TRIAL TIME:_____

10. OTHER:_____


                           s/Susan Paradise Baxter
                           SUSAN PARADISE BAXTER
                           United States Magistrate Judge