IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELIZABETH McMAHAN | 15-36<br>Criminal No.         Erie |

### ARRAIGNMENT PLEA

Defendant Elizabeth McMahan

being arraigned, pleads  not guilty

in open Court this  16th  day of

November        , 20 15

_____
(Defendant's Signature)

_____
(Attorney for Defendant)