IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal No. 15-36 |
| | ) |
| ELIZABETH MCMAHAN | ) |

**ORDER OF COURT**

AND NOW, this 24th day of May, 2016, upon consideration of the foregoing Defendant's Unopposed Motion to Modify Order Setting Conditions of Release, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the Order Setting Conditions of Release be and is amended, and that Elizabeth McMahan's travel is hereby restricted to the Western District of Pennsylvania, New York, and Ohio.

All other conditions of release remain in full force and effect.

s/ DAVID STEWART CERCONE
David Stewart Cercone
United States District Judge

cc:   Christian A. Trabold, AUSA
      Thomas Livingston, AFPD
      United States Probation Office

      (*Via CM/ECF Electronic Mail*)