IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
    V. ) Criminal No. 15-36
)
ELIZABETH MCMAHAN )

**ORDER OF COURT**

AND NOW, this __6th__ day of June, 2017, upon consideration of the foregoing Motion to Travel, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the defendant, Elizabeth McMahan, is permitted to travel leaving the Western District of Pennsylvania on June 18, 2017 traveling to Baltimore, Maryland, Washington, DC and Richmond, Virginia and returning to the Western District of Pennsylvania on June 27, 2017.

All other conditions of release remain in full force and effect.

                                        s/ DAVID STEWART CERCONE
                                        David S. Cercone
                                        United States District Judge

cc: Counsel of Record