# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:15cr36 |
| | ) | **Electronic Filing** |
| ELIZABETH MCMAHAN | ) | |

## ORDER OF COURT

AND NOW, this 17th day of August, 2017, defendant having filed a Motion to Extend Time for Filing of Pretrial Motions, counsel for the government having indicated no objection to the motion, and the court having given the matter due consideration, IT IS HEREBY ORDERED that defendant's motion (ECF 65) is **GRANTED**. The defendant shall file her pretrial motions on or before **September 15, 2017**.

IT IS FURTHER ORDERED that the time from August 16, 2017, through September 15, 2017, be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Specifically, the court finds the ends of justice served by granting this continuance outweighs the best interests of the public and the defendant to a speedy trial. 18 U.S.C. § 3161 (h)(7)(A). For the reasons stated in defendant's motion, the failure to grant such a continuance would deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that, pursuant to Local Criminal Rule 12.1(c), the government shall file a response and accompanying brief to any pretrial motion within fourteen (14) days of the date of service.

s/ DAVID STEWART CERCONE  
David Stewart Cercone  
United States District Judge

cc:   Christian A. Trabold, AUSA  
    Thomas Livingston, AFPD

(*Via CM/ECF Electronic Mail*)