```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 15-36E |
| | ) | |
| ELIZABETH MCMAHAN | ) | |

**<u>UNOPPOSED MOTION TO TRAVEL</u>**

    AND NOW, comes the defendant, Elizabeth McMahan, by her attorney, and with respect to the above captioned matter, she represents the following:

    1.  Christian Trabold consents to the relief sought herein.

    2.  Ms. McMahan is released on an unsecured bond and her travel is restricted to the Western District of Pennsylvania, New York and Ohio.

    3.  She hereby seeks permission to travel to Richmond, Virginia on November 10, 2017 and returning to the Western District of Pennsylvania on November 12, 2017.  The travel purpose are to attend a school play that her daughter has received a part in the cast.

WHEREFORE, the defendant, Elizabeth McMahan requests permission to travel as specified within the proposed Order of Court.

Respectfully submitted,

s/ Thomas Livingston
Thomas Livingston
Assistant Federal Public Defender
Attorney ID No. 36949