IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 15-36E |
| | ) | |
| ELIZABETH MCMAHAN | ) | |

### ORDER OF COURT

AND NOW, this 19 day of April, 2018, upon consideration of the foregoing Motion to Travel, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, ~~GRANTED~~ denied.

~~IT IS FURTHER ORDERED that the defendant, Elizabeth McMahan, be and is hereby permitted to travel leaving the Western District of Pennsylvania on April 18, 2018, traveling by airplane to Florida, remaining in Florida until April 26, 2018, traveling by automobile from Florida to Virginia on April 26, 2018, remaining in Virginia until April 29, 2018, and returning to the Western District of Pennsylvania on April 29, 2018.~~

All other conditions of release remain in full force and effect.

*/s/ D S Cercone*
David S. Cercone
United States District Judge

cc: Counsel of Record