```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
        V.                  )   Criminal No. 15-36E
                            )
ELIZABETH MCMAHAN           )
```

**UNOPPOSED MOTION TO TRAVEL**

AND NOW, comes the defendant, Elizabeth McMahan, by her attorney, and with respect to the above captioned matter, she represents the following:

1. Assistant United States Attorney Christian Trabold consents to the relief sought herein.

2. Ms. McMahan is released on an unsecured bond and her travel is restricted to the Western District of Pennsylvania, New York and Ohio.

3. Elizabeth McMahan hereby seeks permission to travel to Richmond, Virginia on November 8, 2018, and return to this district on November 11, 2018. The purpose of this proposed travel is to attend a performance her daughter is participating in at her college.

WHEREFORE, the defendant, Elizabeth McMahan requests permission to travel as specified within the proposed Order of Court.

Respectfully submitted,

s/ Thomas Livingston
Thomas Livingston
Assistant Federal Public Defender
Attorney ID No. 36949