**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.   )<br>)<br>**ELIZABETH MCMAHAN** ) | 1:15cr36<br>**Electronic Filing** |

## ORDER OF COURT

AND NOW, this 4th day of January, 2019, IT IS ORDERED that a Change of Plea Hearing is scheduled before this member of the court for **Monday, January 28, 2019, at 10:45 a.m.** in Courtroom C, United States Courthouse, Erie, PA.  Defendant is required to be present.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:   Christian A. Trabold, AUSA
Thomas Livingston, AFPD

(*Via CM/ECF Electronic Mail*)