IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 15-36E |
| | ) | |
| ELIZABETH MCMAHAN | ) | |

**ORDER OF COURT**

AND NOW, this __23rd__ day of January, 2019, upon consideration of the foregoing Motion to Travel, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the defendant, Elizabeth McMahan, is permitted to travel leaving the Western District of Pennsylvania to Richmond, Virginia on January 23, 2019 and returning back to the Western District of Pennsylvania on January 27, 2019.

All other conditions of release remain in full force and effect.

                                                s/ DAVID STEWART CERCONE

                                                David S. Cercone
                                                United States District Judge

cc:  Counsel of Record