# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:15cr00036 |
| | ) | **Electronic Filing** |
| **ELIZABETH MCMAHAN** | ) | |

## CHANGE OF PLEA HEARING
### Before Judge David Stewart Cercone

Appear for Government:	Christian A. Trabold, AUSA
Appear for Defendant:	Thomas Livingston, AFPD
Hearing date:	January 28, 2019
Hearing begun:	10:50 AM
Hearing concluded:	11:35 AM
Stenographer:	Janis Ferguson
Law Clerk/Deputy Clerk:	Mark Mohney

REMARKS:	Defendant sworn and found competent. Plea agreement admitted as Government Exhibit #1. The court found a factual basis to accept a guilty plea. The defendant knowingly and voluntarily entered a change of plea of GUILTY to Count 25. Presentence report ordered. Sentence set for 6/14/19 at 1:30 PM in Erie Division. Bond continued pending sentence.