IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:15cr00036 |
| | ) | **Electronic Filing** |
| **ELIZABETH MCMAHAN** | ) | |

## CHANGE OF PLEA

AND NOW, this 28th day of January, 2019, the defendant, ELIZABETH MCMAHAN, in the above entitled case hereby withdraws her plea of not guilty entered on November 16, 2015, and now pleads guilty in open court to Count 25.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)