AO 456 (Rev.5/85) Notice

# United States District Court
### Western District of Pennsylvania

## NOTICE

UNITED STATES OF AMERICA
    v.                                                                               1:15cr00036
ELIZABETH MCMAHAN                                                Electronic Filing

TYPE OF CASE:

        ___ CIVIL      XX   CRIMINAL

**XX**    TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Honorable David Stewart Cercone<br>United States Courthouse<br>17 South Park Row<br>Erie, PA 16501 | Courtroom No. A<br><br>DATE AND TIME<br>**Friday, June 14, 2019, at 1:30 PM** |

TYPE OF PROCEEDING

## SENTENCING HEARING

_____ TAKE NOTICE that the proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| Honorable David Stewart Cercone<br>United States Courthouse<br>17 South Park Row<br>Erie, PA 16501 | | |

                                                          Joshua C. Lewis
                                                          Clerk of Court

DATE: January 28, 2019

                                                          s/ Nancy J. Trapani
                                                          (BY) Deputy Clerk

cc:     Christian A. Trabold, AUSA
        Thomas Livingston, AFPD
        United States Probation Office
        United States Marshal

        (*Via CM/ECF Electronic Mail*)