```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       )
                               )
            V.                 )   Criminal No. 15-36E
                               )
ELIZABETH MCMAHAN              )
```

### UNOPPOSED MOTION TO TRAVEL

AND NOW, comes the defendant, Elizabeth McMahan, by her attorney, and with respect to the above captioned matter, she represents the following:

1.  Assistant United States Attorney Christian Trabold consents to the relief sought herein.

2.  Ms. McMahan is released on an unsecured bond and her travel is restricted to the Western District of Pennsylvania, New York and Ohio.

3.  Ms. McMahan currently has a sentencing hearing scheduled for June 14, 2019 at 1:30 p.m.

4.  Elizabeth McMahan hereby seeks permission to travel to Richmond, Virginia on February 21, 2019, and return to this district on February 25, 2019.  The purpose of this proposed travel is to attend a performance her daughter is giving at her college, and to attend a meeting at the financial aid office.

5.  Additionally Elizabeth McMahan seeks permission to travel to Richmond, Virginia on March 2, 2019 and remain

there until March 3, 2019.  The purpose of this proposed
travel is to pick up her daughter from college and bring her
home until March 10, 2019 at which time she will travel to
Richmond, Virginia to take her daughter back to college.

    WHEREFORE, the defendant, Elizabeth McMahan requests
permission to travel as specified within the proposed Order
of Court.

                Respectfully submitted,


                s/ Thomas Livingston
                Thomas Livingston
                Assistant Federal Public Defender
                Attorney ID No. 36949