```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     )
                             )
          V.                 )    Criminal No. 15-36E
                             )
ELIZABETH MCMAHAN            )
```

**ORDER OF COURT**

AND NOW, this  21st  day of February, 2019, upon consideration of the foregoing Motion to Travel, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the defendant, Elizabeth McMahan, is permitted to travel leaving the Western District of Pennsylvania, travel to Richmond, Virginia on February 21, 2019 and returning back to the Western District of Pennsylvania on February 25, 2019.

IT IS FURTHER ORDERED that the defendant, Elizabeth McMahan, is permitted to travel leaving the Western District of Pennsylvania, travel to Richmond, Virginia on March 2, 2019 and returning back to the Western District of Pennsylvania on March 3, 2019.

IT IS FURTHER ORDERED that the defendant, Elizabeth McMahan, is permitted to travel leaving the Western District of Pennsylvania, travel to Richmond, Virginia on March 10, 2019 and returning back to the Western District of Pennsylvania on March 10, 2019.

All other conditions of release remain in full force and effect.

                                        s/ DAVID STEWART CERCONE
                                        David S. Cercone
                                        United States District Judge

cc:   Counsel of Record