IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 15-36 Erie |
| ELIZABETH McMAHAN | |

**PRELIMINARY ORDER OF CRIMINAL FORFEITURE
AGAINST ELIZABETH McMAHAN**

AND NOW, this 26th day of March, 2019, upon consideration of the United States' Motion for Preliminary Order of Criminal Forfeiture against Elizabeth McMahan, it is hereby ORDERED that the motion is GRANTED, and that:

1. All right, title and interest of Elizabeth McMahan in the following property, further described at asset identification number 16-FBI-000354 are forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C): a 2010 Dodge Grand Caravan SXT, VIN 2D4RN5D14AR138708.

2. This Order of Forfeiture against Elizabeth McMahan will be incorporated into his sentence and judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate third-party claims, if any.

_____
United States District Court Judge