IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No. 15-36 |
| ) | |
| ELIZABETH MCMAHAN ) | |

**MOTION POSTPONE DEADLINE FOR FILING
DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS**

AND NOW, comes the defendant, Elizabeth McMahan, by her attorney, and with respect to the above captioned matter, she represents the following:

1. The Defendant's Position with Respect to Sentencing Factors is due to be filed on May 17, 2019. Sentencing is scheduled for June 17, 2019 at 1:30 p.m.

2. Undersigned counsel requires a one week postponement in the deadline to file the Position paper.

3. Assistant United States Attorney Christian Trabold has no objection to the relief sought herein.

WHEREFORE, the defendant Elizabeth McMahan respectfully requests that deadline for filing the Position of Defendant with Respect to Sentencing Factors be extended from May 17, 2019 until May 24, 2019.

Respectfully submitted,

s/ Thomas Livingston
Thomas Livingston
Assistant Federal Public Defender
Attorney ID No. 36949