IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                                                            ) | 1:15cr36 |
| ) | **Electronic Filing** |
| **ELIZABETH MCMAHAN** ) | |

## ORDER OF COURT

AND NOW, this 12th day of June, 2019, upon due consideration of defendant's motion to continue sentencing, IT IS ORDERED that [123] the motion be, and the same hereby is, granted and the sentencing hearing previously set for 6/17/19 is **rescheduled to Monday, August 12, 2019, at 2:15 p.m.** in Courtroom C, United States Courthouse, Erie, PA.  Defendant is required to be present.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:    Christian A. Trabold, AUSA
       Thomas Livingston, AFPD

       (*Via CM/ECF Electronic Mail*)