# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:15cr36 |
| ) | **Electronic Filing** |
| ELIZABETH MCMAHAN ) | |

## ORDER OF COURT

AND NOW, this 18th day of July, 2019, IT IS ORDERED that the sentencing hearing previously set for 8/12/19 is continued until further order of court.

          s/David Stewart Cercone
          David Stewart Cercone
          Senior United States District Judge

cc:    Christian A. Trabold, AUSA
       Thomas Livingston, AFPD

       (*Via CM/ECF Electronic Mail*)