# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | 1:15cr36 |
| ) | **Electronic Filing** |
| **ELIZABETH MCMAHAN** ) | |

## ORDER OF COURT

AND NOW, this 6th day of November, 2019, IT IS ORDERED that the sentencing hearing previously set for 8/12/19 is **RESCHEDULED to Thursday, January 2, 2020, at 1:30 p.m.** in Courtroom C, United States Courthouse, Erie, PA.  Defendant is required to be present.

                                                                s/David Stewart Cercone
                                                                David Stewart Cercone
                                                                Senior United States District Judge

cc:     Christian A. Trabold, AUSA
        Thomas Livingston, AFPD

        (*Via CM/ECF Electronic Mail*)