```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA   )
                           )
          V.               )   Criminal No. 15-36E
                           )
ELIZABETH MCMAHAN          )

**ORDER OF COURT**

AND NOW, this __10th__ day of _____December_____, 2018, upon consideration of the foregoing Motion to Travel, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the defendant, Elizabeth McMahan, is permitted to travel leaving the Western District of Pennsylvania Richmond, Virginia on December 17, 2019 and returning to the Western District of Pennsylvania on December 18, 2019; and travel to Richmond, Virginia on December 29, 2019 and returning to the Western District of Pennsylvania on December 30, 2019.

All other conditions of release remain in full force and effect.

                                            s/ David S. Cercone
                                            David S. Cercone
                                            United States District Judge

cc:  Counsel of Record