Dear Judge Cercone,

It's very hard to write a letter like this, and I have put it off for a long time. Not because I don't feel my mother's character should be defended, because I do, her character is one of the best. However, it is difficult to write this because I don't think any daughter or child should have to write a letter trying to persuade someone to not take their mother away, but here we are.

My mother is indescribable, she is truly one of the strongest women I know, and I strive everyday to be as collected, graceful, and calm as she has been through these past years awaiting this trial. My mother is selfless. She always does the most she can for my brother, father, and I. I have seen her work opening and closing shifts, and a little more just to be able to afford to send me to college to pursue my dream, or to take me on a mother daughter shopping trip.

I know I am a biased opinion however, one thing my mother always taught me was honesty. So here I am being honest. My mother is no criminal. She is a woman, a mother, a daughter, a friend, a coworker, and an ally. My friends growing up always saw my mother as their own. Growing up I saw my mother rock my friend whos dad was an alcoholic to sleep, pay for my best friend to go to Disney World, and NYC (which was the only time she's ever gone to either), and I have seen her defend anything that came in the way of people she loved. She is a ray of light. She is our warrior.

My mother is a joy. I know in court she will appear quiet, maybe stone like in order to hide her fear. Not her fear of going to jail, but her fear for my family. The fear of us losing her. My whole family depends on her, maybe me more than most. I call my mother almost everyday, not necessarily because I need something (Well... ok MAYBE that's the main reason), but because she is my rock, she holds me down and together. My father depends on her emotionally and physically to help him push his health to the forefront of his life, without her I truly don't think he would be alive. Don't even get me started on our three dogs and two cats, who wouldn't know how to even act without her.

So Judge, there isn't much more I can say beyond what countless others have written to you, but I can say one thing with the utmost truth. I need my mother.

Thank you for your time,

Kat McMahan.

Judge Cercone,

I am writing today to speak on my mother, Liz McMahan, and the impact she has on my day to day life, as well as the lives of others. It's no secret that my opinion of her may be bias, her being my mother and all, but I will strive to provide concrete examples of ways that both I, as well as many others, have come to rely on her and her character throughout the years.

First, Liz has always been there for me, and given me the push I need to be the best that I can be. She is very important to my emotional and mental health, and has ever been a proponent for me to better not only myself, but to make the best of any situations that have come my way. Not only that, but I have come to rely on Liz for housing, guidance, and reassurance in my day to day life.

Not only is Liz my mother, but she has also been my coworker at Lowe's Home Improvement for the past 7 months. In the time that I have worked with her, I have seen her work ethic, and how reliable and dependable she is at work. Not only do I often come to her with issues that need resolved, but many in the store do, and many more look to her as a figure of leadership and structure in her position on the front end. Many people at work speak of how they respect her, rely on her, and commend her work ethic.

Furthermore, as a house guest that has been staying with Liz for an extended time, as well as having grown up with her my entire life, I have come to see how both my sister and my father depend on her. My sister shares many of the same feelings that I do, I am sure, in that my mother provides confidence and reassurance to face our problems head on. My father, while similar in feelings of confidence, also relies on her for his health. My father, John McMahan, both loves and relies on Liz, not only for his physical health in reminding him to take medications, specifically for his heart attack, handle medical paperwork, and assist him when needed, but relies on her for mental health in his stressful day to day. They cover each other's flaws and weaknesses, and not only does he rely on her, but she relies on him.

Liz is not only my mother and coworker, but she is my friend, one of the best. There is much in my life that I would not have had the drive to do, the strength to complete, or the ability to try if not for her. I would gladly speak for her character as an honorable, hard working, and honest individual that will always be there to back you up.

Thanks for taking the time to read this, Judge Cercone.

Best,


Joshua McMahan

April 24, 2019

Honorable David Stewart Cercone
United States Court House
17 South Park Row
Erie, PA    16501

Dear Judge Cercone,

Elizabeth (Liz) Ann Maley McMahan, is our youngest child. Presently she is celebrating the BIG Five O! She was born in the aftermath of assassinations, riots, conventions, and, elections of 1968 on what used to be known as Armistice Day or Veteran's Day, November 11th. We would like to attest to her character from our special point of view.

We have watched her grow from infancy to the woman she is today. Growing up with an older brother Pat and sister Kathy, she had plenty of sibling rivalry, but plenty of protection too!

Elizabeth is a very intelligent woman. She was a very good student and studied very hard. She held her own and was able to chart her own course and navigate her way through an elementary and secondary education in St Mary's Parish school and Wooster City schools. She worked hard and loved school and sports, especially basketball and tennis. She made varsity tennis her freshman year in high school.

She graduated with honors with a BSBA from Akron University, and is a member of Delta Gamma Sorority.

Elizabeth has always worked, both volunteering or for income. Her first job at 10 years old, was a weekend paper route for Wooster's daily newspaper. She worked at various food service jobs as a teen and did baby sitting for neighbors. She was reliable (never missed work or late) and trustworthy. During college she worked extra jobs and summer employment at Rubbermaid, Inc. to help with tuition and her expenses.

In January of 1993, Elizabeth married John R. McMahan at St Bernard's RC church in Akron. He also was a graduate of The University of Akron, and both she and he lived and were employed in Erie, PA. Initially, Elizabeth was employed by Sprint, and John worked for Roadway Freight.

Liz later worked for LCBA; Longaberger Home sales (because she stayed home with her children); later in Paul Galla's companies (US Netting, Nat'l Tool Grinding, et al); and, currently with Lowe's, as a head cashier. John has had a long career as a pharmaceutical representative with the Wyeth and Pfizer companies.

As with any maturing family, education and health challenges have not been without serious worry and adaptation. John's heart attack a few years ago and recovery while working needed Liz's continuing support, as do Joshua and Katrianna who are attending out of state schools

Elizabeth has never been in any trouble. She is a very honest person and lives her life by the rules. Her ability to continue her career has been very difficult, embarassing, and will probably never be fulfilled in her eyes.

We would consider any sentence that involves the absence of Elizabeth from her family and friends without consideration of the last five years of "time already served", as the opposite of swift and equal justice before the law

We are 78 and 80 year old senior citizens. Elizabeth has been there for us throughout our own aging process. We depend on her for financial advice and insurance expertise. We will be at a loss without her

On a family related matter, we need to share that Liz' older brother Pat has been seriously ill with End Stage Renal disease for a year, been on dialysis, and two months or so ago was in Critical Care at Ohio State University Medical Center, diagnosed with Wegeners Syndrome, an auto-immune disease which attacks blood vessels and organs that process blood.(heart, lungs, kidneys, liver, brain, etc.)

Patrick and his doctors are currently working on getting him in remission so he may get the kidney transplant he had planned for. We count on Liz for help for us at this difficult time.

Respectfully submitted,


Regis Maley                                         Phyllis Maley

Sandra L. McMahan



May 21, 2019

Re: Mrs. Elizabeth McMahan

Honorable David Stewart Cercone
United States Court House
17 South Park Row
Erie, PA  16501

Your Honor,

I am writing this letter on behalf of Elizabeth McMahan. She is my daughter-in law whom I have known since she met my son about 30 years ago.

Elizabeth has always been extremely devoted to her children and husband. They have taught their two children to be kind, responsible, thoughtful, considerate, and hard working as they both lead their lives. Both children are now in college which adds greatly to their financial stress.

I know that she has already pled in this case but, I know in my heart that she could not have done anything that would bring this much pain and suffering to herself or her family. I know that justice is complicated but due to the mental and financial hardships that she and her family have already endured, it is my sincere hope that a minimal sentence would be considered. Her husband (my son) has already had a heart attack and this stress is not helping. Quite the opposite is occurring, as he dearly loves his wife and can not believe this is happening to their family. They have persevered throughout these past few years. Even though she can never work again in the field she loved, she has obtained another position as Front End Manager at Lowes for cashiers and Customer Service to help support her family during this stressful time.

As a mother, mother-in-law, and grandmother I can't help but to have a heavy heart over this entire situation. I am very hopeful that you can find compassion and leniency in your decision so this family and extended family can move on.

Sincerely,

Sandra L. McMahan

Sandra L. McMahan

*3/19/19*

Honorable David Stewart Cercone
United States Court House
17 South Park Row
Erie, PA 16501


This is a character reference for Liz McMahan. Liz is my daughter-in-law. My wife has listed many tributes to Liz 's character, which we both believe speaks truthfully to her character. Liz has raised my grandchildren very well. I am a proud Grandpa, and very grateful for Liz's guidance.

Liz has been a steady person for our family as well. I was disabled early in their marriage and she has been an emotional support to me and my son. When my wife got kidney disease, Liz was one of the people I could discuss my feelings to, she was always supportive, helpful and upbeat.

We have become closer as the grandkids were growing up, helping me to understand what kids were facing in these modern times. She was always positive and hopeful.

We suport Liz as an honest person, a girl with good intentions for her family. I ask for God's mercy and the courts mercy in the outcome of Liz's case.

John E. McMahan

John E. McMahan

3/19/19

Honorable David Stewart Cercone
United States Court House
17 South Park Row
Erie, PA 16501

I am Liz McMahan's step mother-in-law. There is a strong bond between parents and
their only child and I think I got to know Liz as a friend instead of a parent figure.

Liz has a strong personality and doesn't take her responsibilities lightly, she is
enthusiastic, and always cheerful. I watched Liz raise two children that have grown into very
responsible young adults. They can speak for themselves in a polite and respectable way. Both
are raised with strong morals and integrity, I attribute that to both of their parents who kept them
involved and taught them a good education will take them far in life.

Liz has always been a champion for her family. When Liz had children, she was torn
between raising her kids and continuing her career, which she was just starting to move ahead
in the business world. She chose raising her children, because they couldn't find child care that
compared to a mothers guidance.

To help her family make ends meet, Liz got involved in home sales, Longaberger,
Arbonne... she did very well. Liz has a personality for sales and when the kids were in school it
was a no brainer for her to pursue a career in that area.

Liz is and has always had strong morals and ethics, between teaching her kids about the
dangers of drugs, speaking the truth, and having a strong faith in God. She helped fund raise for
Women's shelters, cancer and other causes. My grandchildren were involved in Christmas
Shopping for needy families, and saving their allowance to put a few coins in the basket at
church. They were taught compassion at a young age, whether it was helping the homeless, or
taking in a stray pet. As the kids friends parents went through divorce, John and Liz made their
home a safe space for all the friends. They provided a warm family setting for the children
whose future was uncertain. Liz was the one with the strong Christian values, her family learned
from her.

I know Liz works very hard to put 2 kids in college, working overtime, taking on more
hours because Lowe's is shorthanded and they depend on her. She is well liked by everyone,
even though she is in a managerial position.

Will her family suffer if Liz is incarcerated? Certainly, they have gone through 401k"s and
refinanced their house to pay for lawyers and court expenses, and two educations in good
schools. John works just as hard as Liz, and because of his job, he could not transport his wife
to work if you took away her driving privileges. Erie does not have a very good public
transportation system.

The one thing I can say is Liz and John have always worked hard for their family, They
had a dream of creating excellence in their children, it certainly didn't involved a Federal Court
case. I know Liz is ashamed and mortified to be so manipulated and misunderstood.

Mary McMahan

Mary McMahan

Geraldine Mate

███████████████

March 20, 2019

Re: Mrs. Elizabeth McMahan

Honorable Judge David Stewart Cerone
United States Court House
17 South Park Row
Erie, Pennsylvania
16501

I am writing this character letter on behalf of Elizabeth McMahan. Elizabeth is married to my nephew, John McMahan. I first met Elizabeth approximately 30 years ago while she was attending Akron University along with my nephew. I liked Elizabeth from the first day I met her.

Elizabeth has a strong personality, which I feel can give one the wrong impression of her. The Elizabeth I know is intelligent, kind and caring. She is very family oriented and a dedicated wife and mother. Elizabeth has always been there for her husband and children. She is extremely protective, supportive, and involved in all they do. Due to the fact that I have always resided in another state than Elizabeth I feel I am unable to comment on her interactions with friends or co-workers. However, through family visits and conversing with her she seem to enjoy being involved in her community. Elizabeth has always been a hard worker and strives to do her best. She always spoke with pride about her accomplishments at work from her time at Disney World to her current employment. I am not fully aware of all the details regarding her case, although I do however have knowledge of the accusations and seriousness of the case. The situation has been hard on her and her family both emotionally and financially. I truly believe that Elizabeth would never have intentionally done anything against the law or to jeopardize her employment.

My hope is that this letter regarding Elizabeth and her current case will act as a positive factor when considering her sentence. Despite the current case I believe Elizabeth is an honest and good individual. Feel free to contact me with any questions or concerns.

Sincerely,

*Geraldine Mate*

Geraldine Mate

███████████████

April 8, 2019

Honorable David Stewart Cercone
United States Court House
17 South Park Row
Erie, PA 16501

I was the web developer and internet marketing advisor for
National Tool Grinding for over ten years. During this period, I
would spend anywhere from one full day to a day and a half
each week at NTG.

During this time I met and got to know many of the NTG sales
staff. Customer feedback from the sales staff was important to
me so I could learn what adjustments should be made to the
various websites and internet advertising programs I was
managing.

Liz McMahon was one of the sales reps I got to know. I found
her to be among the best salespersons at NTG and she always
seemed to be looking after the best interest of both the
customer and NTG.

The product mix offered on the websites were always changing
as were the prices and terms, seemingly on a whim. My job was
to simply execute the changes given me by Mr. Paul Galla, not
to inform the staff of the dynamic nature of the websites.

If I were starting a business I would not hesitate to hire Liz.


Regards,

John Scherrer (retired)
Former owner of Internet Marketing Resources, Inc.





An International
Baccalaureate World School

Honorable David Stewart Cercone
United States Court House
17 South Park Row
Erie, PA 16501

I am writing this character reference at the request of Liz McMahan as she prepares for her upcoming sentencing. I am happy to be able to lend my support on Liz's behalf to assist in any way to provide you a clearer picture of who Liz is and the type of person I know her to be. I do not have enough familiarity of the legal procedures to use this space to influence a sentence, but desire only to afford your honor some evidence that no one of us is just one thing, but we all have a character comprised of many facets.

I have known Liz McMahan for the past eight years. I was first introduced to Liz and her family when her son Joshua entered the church youth group for which I was the director. He was a bright and curious learner, in all things, and open to new ideas. Clearly the product of a supportive home, one that allowed space for free and creative thinking and a safety in expressing those ideas. Her daughter, Katriana, attended Mercyhurst Prep where I have been employed as an administrator for the past 8 years. Kat was, and is, extremely talented in the performing arts. She was a true star here at Mercyhurst Prep and I state this only to illuminate the fact that she was talented and dedicated because she was so supported by her family. Liz and John were ever supportive and showed great care for all of Kat's endeavors.

Liz is a good mother, as evidenced by the care she shows in raising her children, and a loving wife as I know she is wanting what is best for her family and is aware of the disruption this has, and will continue, to cause. I am certain that a long sentence will be more than just disruptive to her family, it could have a devastatingly negative impact on not only her, but the entire family. They are fighters, but the toll that a long sentence would take would be extremely difficult.

As I write of Liz's character, I would be remiss to not assert that it is my opinion that this offense for which she has been convicted seems to be outside of her more normative character. Instead she has been a trustworthy employee, and consistently met her financial obligations to Mercyhurst Prep. She is a person who has dedicated her life to the success of her family. She made some mistakes, as we all do, but to be defined by those mistakes would not present a full account of her character, and I trust that all of her good qualities are being viewed in a positive light.

In conclusion, I have great faith in our legal processes, and appreciate the opportunity to share my opinions relative to the character of Liz McMahan. I am confident that these will be read by the people most well positioned to affect the decision as to her sentencing. I thank you in advance for the care you display for the people that come in front of your bench, and for reading this character reference.

Sincerely,

Ed Curtin
President, Mercyhurst Preparatory School

*A Sponsored Ministry of the Sisters of Mercy*

538 East Grandview Blvd.  ·  Erie, Pennsylvania 16504-2606  ·  814.824.2210  ·  Fax: 814.824.2116  ·  www.mpslakers.com

March 28, 2019

Honorable David Stewart Cercone

United States Court House

17 South Park Row

Erie, PA 16501

Kim W. Jeffreys



Dear Judge Cercone,

I am writing to you as a character witness for Liz Mc Mahan.

My wife Krista and I first met Liz fourteen years ago. My wife and had I decided to attend a New Years Eve party at Lake Shore Country Club. Being new to the area, we didn't have anyone to sit with. Liz, seeing us sitting alone, invited us to join she and her husband for dinner. During our dinner conversations they took turns leaving the table. Turns out, instead of leaving their two children home alone, they brought them along and they were having dinner in the grill room while we were at the party. Krista and I were impressed that they included their children on this typical "adult night out".

Our dinner conversations led to discussing the fact that Krista and I were new to the area, and that we were looking for a church to attend. Liz invited us to the Church she and John attended. Liz and John were active members of Saint Julia's Catholic Church. Krista and I attended St Julia's until Krista's cousin became pastor at Holy Cross Catholic Church in Fairview. During our time at St Julia's, Krista and I saw how active and well-respected Liz and John are at in their church. They both participated in many parish activities.

Over the years we continued to socialize with Liz and John, always admiring how dedicated they were to raising their two children.

Since the charges were filed, Liz and John have quietly kept to themselves. They discontinued their membership at Lake shore. John continued to work diligently to provide for his family. Liz searched for a new job and landed at Lowes. I shop at Lowes and it is the highlight of my day if she is working. I can hear her voice helping customers when I walk in the store.

Liz and John have continued their ministry work at St Julia's and their Children have remained their top priority. Their social life has taken a back seat. The stress on this family is evident.

Having been a partner in an architectural firm for over twenty years, with 85 employees and running multiple projects at a time in three different states, I have learned to be a pretty good judge of character.

Liz Mc Mahan is a good person. Her dedication to her family, her church and her caring spirit are a testament to that.

If I may be of any further assistance, please do not hesitate to contact me.


Respectfully;


*3-28-19*

Kim W. Jeffreys

Emeritus Principal

(814) 490-6079



Weber Murphy Fox

Architecture    Interiors        Construction Management

Planning        and      Landscape Architecture

# UPMC LIFE CHANGING MEDICINE

**PRIMARY CARE PARTNERS**

7287 West Ridge Road
Fairview, PA 16415

Phone: (814) 877-2360
Fax: (814) 474-3561

Allison Mailliard, DO
Michael Spellacy, DO
Brian Stark, DO
Dameon Covert, CRNP
Julia Trimble PA-C
Paige Robinson PA-C

March 29, 2019

Hon. David Stewart Cercone
United States Court House
17 South Park Row
Erie, PA 16501

Character Reference Letter
RE: Elizabeth (Liz) McMahan

Dear Judge Cercone,

I understand the Court often takes into account the character of a defendant in administering Justice. In the case of Elizabeth McMahan, this policy would be most appropriate.

I have known Liz and her husband John and their children for 15 years. Our families often did things together, and my wife and I would consider her a very good friend. In fact, I do not know anyone who has ever had any negative experience with her or would have anything bad to say about her! We know her well, and have always considered her to be a thoughtful, sincere, and faith-filled woman. She is a wonderful friend, a loyal and most appropriate wife, and an amazing mother. She has always appropriately fulfilled her roles in life, and maintains essential roles in her family, her church, our group of friends, and the community. She also has been gainfully employed her entire adult life.

In recent months, I have also gotten to know her as my favorite employee at Lowe's, where she has been working over the past year. Always pleasant, always helpful, always knowledgeable, Liz is our go-to person when we shop there. And because my family medicine office is nearby, many of her fellow employees are well known to me as patients of mine, so I can say with certainty that she is greatly appreciated and held in high esteem by her coworkers for her work ethic, dedication and honesty. She would be greatly missed by her team there, not to mention by her family, friends and faith community.

Unquestionably, Elizabeth McMahan is a good person who deserves any consideration that the Court can offer. I am grateful for the opportunity to advise the Court on her behalf.

Sincerely,

*Brian J.N. Stark D.O.*

BRIAN J.N. STARK, D.O.

Honorable David Stewart Cercone
United States Court House
17 South Park Row
Erie, PA  16501

March 20, 2019

Honorable Judge Cercone,

I wanted to take a few minutes to share my reflections on both my business relationship and friendship with Liz McMahan over the past 15 years.

To start, Liz and I had two children in the same class in Fairview schools, her daughter Katriana and our son Bowman. I knew Liz as an involved, responsible and caring parent. Attending events in support of her children and the community.  As the kids grew, our relationship continued.

Liz and I both have an entrepreneurial spirit. We have a natural affinity for marketing and sales. While we did not work for the same company, we both were growing at home businesses when Liz and I met. I was invited into the McMahan home on a number of occasions for business events as well as she invited into our home. All of those experiences were positive and in keeping with my representation here.

I knew Liz to be an ethical, responsible businesswoman. I knew she had built a team within her company and I also knew from personal experience that would not be possible without hard work and most importantly the ability to earn people's trust. In an at home business, without trust, you won't be in business long. Without trust, you won't sell products. Without trust, you won't have repeat customers. Without trust, you won't have the referrals needed to continue to grow your business and without trust, you won't have anyone wanting to join your team and become your business partner.

More recently, Liz and her family attended the same church our family attended. We have watched her walk through the public accusations with a degree of humility and strength that was to be admired. I know now that Liz has pled guilty to some of the charges. And while I don't have knowledge of the details, I continue to admire her courage and strength as she goes through this trial.

I own a business in the Fairview and I respect her former employee has a perception of what happened and a case. I would suggest there are always more than one perspective and the truth usually lies somewhere in between. It is my hope that you find that in between and allow Liz to pay for her charges without jail time away from her husband and children.

Sincerely,

Gail G. Root

April 3, 2019

TO:    Honorable David Stewart Cercone
       United States Court House
       17 South Park Row
       Erie, PA 16501

RE:    Elizabeth McMahan

Your Honor:

This letter is to provide a character reference for Elizabeth (Liz) McMahan. I have known Liz for about 13 years. We first met as a result of our daughters' friendship while attending Fairview Schools. Her family and my family connected immediately which allowed us to begin our rapport. Over the past few years I interact with Liz on a weekly basis through her occupation at Lowes Corporation.

Based on the time I have known Liz I can give testimony to the following:  She is a caring and dutiful mother who provided(s) constant love and nurture to her children, She is a devoted wife, supportive, protective, and loving to her family, She is a kind and compassionate person who seeks to engage in conversation and interaction with her fellow man, I have never witnessed her degrade, belittle, or denigrate anyone, I have never known Liz to use profanity, consume alcohol, or commit any act of aggression against anyone. During my at least weekly trips to Lowes I deliberately walk by her desk (work) area to engage her for warm and humorous conversation. Liz and her husband John have always been kind to my family, and we are proud to call them our friends.

Please do not hesitate to contact me should you need additional information. Thank you for reading my reference and for your consideration regarding Liz.

James J. Phillips, CMA, MBA
Owner, Follys End Campground, Maple Motel
Member, Fairview Planning Commission

Character Reference letter


Honorable David Stewart Cercone

United States Court House

17 South Park Row

Erie, Pa 16501


I met Liz McMahan about 20 years ago. She lived on the same street as I only 1 block away. I have known her through friendly meetings. I know her family, John, Joshua and Katarina. We were all members of St. Julia Parish for a number of years.

I have had business dealings with her when she was a Longaberger Basket reprehensive. I purchased several baskets from her.  I am a member of a woman's club and we purchased many baskets from her for a fund raiser we have had. She was always honest and up front with us. She knew her business very well.

I can honestly say, that I would never have expected her to be accused of the wrong she did. She always was upright and honest.

This will be a major sadness to her family. Her children and husband will suffer the consequences of her mistake.

Everyone makes mistakes. She and I had a talk one morning after Mass and I fully believe that she regrets everything she did.  She is a good woman, good wife and a wonderful loving mother.

Respectful submitted

Mary M (Peggy) Westhoff

March 29, 2019

Honorable David Stewart Cercone

United States Court House

17 South Park Row

Erie, Pa 16501

March 20, 2019

Dear Judge Cercone,


My name is Edwin M. Manchester, Jr. I am writing you in reference to Elizabeth McMahan. I retired from Roadway Express Inc. in 1999. I was the Terminal Manager of that facility and worked for them for thirty-five years. In 1992 John McMahan was sent to me from the Roadway Express facility in Akron, Ohio. He worked as a supervisor under my direction. During that period of time I was able to meet his wife and became a very good friend of theirs. Over the years I watched as their family grew and I know that Elizabeth was a very good Mother to her family. They attended the same church that I go to, St. Julia Catholic Church in Millcreek Township. Elizabeth was also a Cantor during the Masses. She has a very good singing voice. I know that she was involved with some of the different groups at the church. When the Knights of Columbus would have a Spaghetti Dinner, offered for the parishioners, she would always be there to help with the cooking, serving and cleanup. We could always depend on her to help us when help was needed. I know that she is working at Lowes at the present time and her performance there has been outstanding. All of my contacts with her and her family have always been positive.

Sincerely,

E. M. Manchester, Jr

Honorable David Stewart Cercone

United States Court House

17 South Park Row

Erie, PA 16501


May 17, 2019


Dear Sir,

I have known Liz McMahan since 2009 when my family moved to Fairview Pa. Our daughters became friends and we followed. I instantly respected Liz and came to know her as an amazing mother with strong Christian values, a tireless volunteer and a woman that would do anything for a person in need.


Our daughters went to different high schools, so we all didn't see much of each other for a time. When I learned of the accusations against Liz, I was incredibly shocked and knew there had to have been a huge misunderstanding. I've now had the privilege of working with Liz for the past two years at Lowe's. She is in a supervisory role with an enormous amount of responsibility. She handles literally thousands of customer issues each week with a smile on her face. She handles scheduling issues everyday with finesse while balancing the occasional work disasters with intelligence and speed. I'm sure the stress and uncertainty of her future has brought her to her knees. But while she is at work she prays and conducts her public self in a completely professional manner.


I would respectfully suggest that she and her family have suffered immeasurably and ask for leniency in your decision.


Sincerely,

Cheryl Johnson

4/24/19

Garris Gatling



To whom this may concern,

My name is Garris Gatling and I'm proud to offer my recommendation of Elizabeth McMahan to whom I have personally known for 4+ years as co-workers.

During my professional/personal relationship with Elizabeth McMahan I have experienced a person who shows up earlier than asked, works hard, works extra hours when asked, makes the best business decisions to take care of customers and carries themselves in a polite, respectful manner. In addition, Elizabeth McMahan is a family-person who has always presented themselves with levelheadedness and grace.

Its with great confidence that I recommend Elizabeth McMahan as someone who, I truly believe, possess the character and judgment for the better of our community.

Feel free to contact me if you should require any further information.

Sincerely,

Garris Gatling

Assistant Store Manager
West Erie Lowes

Honorable David Stewart Cercone
United States Court House
17 South Park Row
Erie PA 16501


Honorable Cercone,

       My name is Alberta Lawn. I have known Liz since 2015 when started working at Lowes. Since then we have become friends both at work and outside of work. Liz has very high standards at work. Her title is Head Cashier and she is in charge of at least 20 people. She is very fair with everyone, very understanding of  their needs and  expects everyone to do their job, She is very highly thought of in our store. From management on down. She picks up quickly on new systems and is an excellent trainer. She helps out in other departments and is willing to do whatever is needed in our store. She is a real team player.

       I consider Liz to be one of my best friends outside of work. She adores my 5 year old grandson and has him over to her house for sleepovers and just to play. Her husband played Santa Claus for Christmas and came over with a sack of toys. She is always willing to listen to my personal problems and tries to hep out the best she can. We share both work and personal issues. She has helped my daughter with not only advice but also rides when needed. I have become close to her family also. Her daughter and I heve become friends. We have enjoyed dinners and social gatherings outside of Lowes.

       This is Liz's first offense, she has never been accused of anything in her past. She has severely suffered emotionally and financially because of this accusation. Throughout her bad times she still somehow managed to come to work and hide her problems. It would be a big loss to our store if Liz was to be incarcerated. She is a staple in our store. Many of our repeat customers consider Liz a friend and come in looking just for her.

       I am asking you to be lenient with Liz and allow her to continue to work and be a productive member of society.


                Sincerely,

                Alberta Lawn



# Lakeshore Community Services, Inc.

Providing Services Since 1986

April 4, 2019

Honorable David Stewart Cercone
United States Court House
17 South Park Row
Erie, PA 16501

RE: Mrs. Liz McMahan Case

To The Honorable Judge David Stewart Cercone:

I am writing on behalf of Liz McMahan. Mrs. McMahan, and I have been close friends
for four years. I have gotten to know Liz and her family by working side by side with her
at my 2nd job at Lowe's. In this time, she has proven to be a respectable co- worker,
friend, and is known for being a dedicated wife and mother.

I know that Liz has acknowledged a charge against her, but this is out of character for her
as she has led a very positive lifestyle and is very adored by her friends and family. I am
writing to offer a glimpse of who Liz is and, that is some-one who is far more than the
offense she pled to.  I know the Federal Sentencing guidelines and I realize how
significant the possible sentence could be. I hope that you will find Liz's life, work, and
her family to warrant a low sentence.

Watching her endure the hardships of losing a job that she loved, unexpected legal
expense, and loss of assets the humiliation of this taking place at your work in front of
colleagues, customers and still maintaining an upbeat attitude. The sacrifices she had to
make over the course, and the gossip of the community surrounding the news media is
heart breaking for anyone.

Thank you

*Lynn Neville*

Lynn Neville
VP Billing and Claims
Lakeshore Community Services, Inc.

| Erie Corporate Office | Corry Office | Warren Office | Ridgway Office |
|---|---|---|---|
| 1350 West 26th St. | 114 West Smith St. | 1020 Pennsylvania Avenue West | 15010 Boot Jack Road |
| Erie, PA 16508 | Corry, PA 16407 | Warren, PA 16365 | Ridgway, PA 15853 |
| 814-456-9962 | 814-665-3025 | 814-723-4680 | 814-772-1921 |
| Fax: 814-456-0595 | Fax: 814-665-9080 | Fax: 814-723-4841 | Fax: 814-772-8106 |

www.lakeshorecs.org

December 21, 2019

Michael Kanavy

To Whom It May Concern:

I have known Liz McMahan in a variety of capacities for many years. She has been my coworker now for the past 5 years. In addition, she is a very good friend of mine.

Liz as a coworker is very dedicated to her job and helping the people around her, whether that be with fellow coworkers or the customers she serves everyday at her job. She has a very strong work ethic which has also trickled down to her son which I have also had the pleasure to work with for a short time.

As a friend outside of the workplace I can say that she is dedicated to her family and friends and is always willing to listen if you need a ear to lean on.

Sincerely,

Michael Kanavy

Judge Cercone,

I am writing to speak on Elizabeth McMahan's character and ethics. I have known Liz for approximately five years, and in the past six months I have grown closer to her than ever as a housemate and coworker at Lowe's.

When I first met Liz I knew that we were very similar in that we push people to succeed. If she believes in someone, nothing will stop her from helping them to become the best version of themselves. I have seen her do this many times with her son Joshua, her daughter Katriana, her husband John, and others such as her coworkers, friends, and of course myself. Because she pushes people to succeed, I consider her a shining light in all of these peoples' lives.

At work, Liz is entrusted with a lot of responsibilities and she takes them all in stride. I have never seen her deny a customer or coworker help. I have never felt that she put herself above anybody else. She is patient with people that are slow to understand, and quick to solve any problems that may arise. She works hard every single day, and it shows.

At home, I rely on Liz for her moral support every day. When I have an emotionally draining day and need to talk about my frustrations, she is always there to lend an ear and some advice for me. When I need someone to get me through a long run, she will join me and put up with my constant complaining. She motivates me to finish what I start. She is my greatest competition and teammate. I would have never been able to run a half marathon without her by my side.

I would vouch that Liz McMahan is an honest, hard working, compassionate, and extremely loved individual that is not only relied on by many, but also myself.

Thank you for taking the time to read my letter.

Sincerely,
Alia Gestl

Honorable David Stewart Cercone
United States Court House
17 South Park Row
Erie, PA   16501


Dear Honorable Cercone,

My name is Jack Harmon and I have known
Liz McMahan since early 2015. Not only are we
co-workers, but we are also friends. I feel
Liz's honesty and integrity are above reproach.
Liz is a head cashier at Lowes and does an
outstanding job. She is very kind and understanding
when customers come in with issues. She never
loses her temper and does whatever it to assure
the customers are completely satisfied when they
leave.
Liz trains the new associates when they work
at customer service. When they have issues trying to
figure out billing questions or invoices, the first person
called is Liz. Her ability to diagnos the problem and
solve it rather quickly is a great asset to Lowes. The
customer issues are quickly handled and the customers
leave happy.
The Lowes associates trust Liz to give good
advise. She always does what is best for the

company, even if it isn't beneficial to her.
If Liz were to lose her job with Lowes, I
feel it would be very detrimental to the store.
Not only is Liz an exceptional and trustworthy
employee, her multitude of computer, problem
solving and customer service skills would be
extremely difficult to replace.

For these reasons, I feel Liz should keep
her employment at Lowes. I am proud to call
her a co-worker, but more importantly, my friend.
If you have any questions, I can be reached
at 814-833-1359.

Sincerely.

Jack Harmon

Carrie Pawlica



03/28/2019

Elizabeth: McMahan

During my relationship with Elizabeth McMahan, I have experienced an individual who always comes to work, works hard, and carries herself in a polite respectable manner. She works overtime any time she is given an opportunity, is willing to change and adjust to any schedule to make the store run smoothly, and is an exceptional Head Cashier. Elizabeth also is very compassionate. When one of the cashiers has problems, Elizabeth is always there to lend an ear, and help them in any way that she can. She is very focused and driven to always do better, including trying to encourage everyone around her to do the same. I not only consider Elizabeth a coworker, but also a friend. She is kind, considerate, and full of life. I know that I can count on her, trust her, and know that she will be by my side. The most important thing to Elizabeth is her family and their well –being. She is a very devoted Mother to her children, and wife to her husband. Elizabeth plays a very important role not only in our workplace, but she plays a very important role as a friend with anyone that knows her.

It is with great confidence that I recommend Elizabeth Mcmahan as someone who, I truly believe, possesses the character and judgement for the betterment of our community.

Thank you,

Carrie Pawlica