# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:15cr36 |
| | ) | **Electronic Filing** |
| **ELIZABETH MCMAHAN** | ) | |

## SENTENCING HEARING
### Before Judge David Stewart Cercone

| | |
|---|---|
| Appear for Government: | Christian Trabold, AUSA |
| Appear for Defendant: | Thomas Livingston, AFPD |
| Hearing date: | January 2, 2020 |
| Hearing begun: | 2:30 p.m. |
| Hearing concluded: | 3:45 p.m. |
| Stenographer: | Janis Ferguson |
| Law Clerk/Deputy Clerk: | Mark Mohney |

REMARKS:   Factors relevant to sentencing and the guideline calculations in the presentence investigation report and addendum thereto adopted as the Court's final findings and guideline calculations. Defendant presented the testimony of Kenneth Claunch, John McMahan and John Robert McMahan; Defendant exercised her right of allocution. Defendant sentenced to 22 months of incarceration at count twenty-five; restitution ordered in the amount of $200,000.00; no fine; 3 years of supervised release; special conditions of supervision imposed; and a special assessment of $100.00 - judgment order to follow. A recommendation will be made that defendant be incarcerated as close to Erie, Pennsylvania, as possible for family considerations. Defendant permitted to self-report as directed or by March 20, 2020, if she has not heard from the Bureau by that date. Defendant advised of her appellate rights. Counts 1 through 24 dismissed upon motion of the government.