```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
          V.                )   Criminal No. 15-36E
                            )
ELIZABETH MCMAHAN           )
```

**UNOPPOSED MOTION TO TRAVEL**

AND NOW, comes the defendant, Elizabeth McMahan, by her attorney, and with respect to the above captioned matter, she represents the following:

1. Assistant United States Attorney Christian Trabold consents to the relief sought herein.

2. Ms. McMahan is released on an unsecured bond and her travel is restricted to the Western District of Pennsylvania, New York and Ohio.

3. Ms. McMahan hereby seeks permission to travel to Richmond, Virginia on January 29, 2020 and return to the Western District of Pennsylvania on February 5, 2020.  The travel purpose is so that Ms. McMahan can spend time with her daughter before she self-reports to the designated Bureau of Prisons institution at which she will serve the term of imprisonment which the Court imposed on January 2, 2020.

WHEREFORE, the defendant, Elizabeth McMahan requests permission to travel as specified within the proposed Order of Court.

                                              Respectfully submitted,

                                              <u>s/ Thomas Livingston</u>
                                              Thomas Livingston
                                              Assistant Federal Public Defender
                                              Attorney ID No. 36949