IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 15-36E |
| | ) | |
| ELIZABETH MCMAHAN | ) | |

**ORDER OF COURT**

AND NOW, this  15th  day of January, 2020, upon consideration of the foregoing Motion to Travel, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the defendant, Elizabeth McMahan, is permitted to travel leaving the Western District of Pennsylvania Richmond, Virginia on January 29, 2020 and returning to the Western District of Pennsylvania on February 5, 2020.

All other conditions of release remain in full force and effect.

s/ David S. Cercone
David S. Cercone
United States District Judge

cc:  Counsel of Record