IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA



FEB 19 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

United States of America    )
                            )
vs.                         )   Criminal Number **15-cr-36E**
                            )
**ELIZABETH MCMAHAN**       )

The above named defendant satisfied the judgment of **JANUARY 2, 2020**
By paying on **JANUARY 29, 2020** the full balance due on court ordered:

        ____X____ASSESSMENT

        _____FINE

        _____RESTITUTION

        _____JVTA

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____    FEB 19 2020
Deputy Clerk                          Date