IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.     ) | 1:15cr36 |
| ) | **Electronic Filing** |
| **ELIZABETH MCMAHAN**   ) | |

## MEMORANDUM ORDER

AND NOW, this 21st day of May, 2021, upon due consideration of defendant's motion for 12 months RRC Placement per the Second Chance Act, 18 U.S.C. § 3624(c)(1), and [155] the government's opposition there to, IT IS ORDERED that [153] the motion be, and the same hereby is, granted in part and denied in part.  The motion is granted to the extent defendant seeks a recommendation to the Bureau of Prisons that she be permitted to participate in and receive the benefit of any re-entry programs that are or may become available to her.  The motion is denied to the extent it seeks an order compelling the Bureau to mandate the same.  The Second Chance Act vests the authority to administer the Act in the Bureau and at this juncture defendant has failed to demonstrate any basis for the court's intervention into that administration as it pertains to defendant.

                                            s/David Stewart Cercone
                                            David Stewart Cercone
                                            Senior United States District Judge

cc:    Christian A. Trabold, AUSA
       Thomas Livingston, AFPD

       (*Via CM/ECF Electronic Mail*)